1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JAIME Y. CLAVITO,                          No.  2:18-cv-431-JAM-KJN PS

12                      Plaintiff,

13           v.

14    U.S. DEPARTMENT OF VETERANS'             ORDER
      AFFAIRS,
15

16
                      Defendant.
17

18

19           Presently pending before the court is plaintiff's motion for leave to proceed *in forma*

20    *pauperis* pursuant to 28 U.S.C. § 1915.  (ECF No. 2.)

21           The affidavit in support of the motion indicates that plaintiff, who has no dependents,

22    receives income of $2,897.53 per month, i.e., approximately $34,770.36 per year.  According to

23    the United States Department of Health and Human Services, the poverty guideline for a

24    household of 1 person not residing in Alaska or Hawaii is $12,140.00 for 2018.  See

25    https://aspe.hhs.gov/poverty-guidelines.  Thus, plaintiff's gross household income is just under

26    300% of the 2018 poverty guideline.

27           Presently, a filing fee of $400.00 is required to commence a civil action in this court.  The

28    court may authorize the commencement of an action "without prepayment of fees or security

                                                    1

therefor" by a person that is unable to pay such fees or provide security therefor. 28 U.S.C. §
1915(a)(1). Here, the court cannot find that plaintiff is unable to pay, or provide security for, the
court filing fee. To be sure, the court is sympathetic to the fact that plaintiff does not have a large
income, and also has several expenses to contend with. However, numerous litigants in this court
have significant monthly expenditures, and may have to make difficult choices as to which
expenses to incur, which expenses to reduce or eliminate, and how to apportion their income
between such expenses and litigating an action in federal court. Such difficulties in themselves
do not amount to indigency. Moreover, in this case, even if the court deducted all of plaintiff's
listed expenses ($2,050.00) from his listed monthly income ($2,897.53), plaintiff has $847.53 in
monthly income remaining, more than twice the amount of the court's filing fee. Finally, the
court also notes that plaintiff reported having $4,519.74 in his bank account.

Accordingly, IT IS HEREBY ORDERED that:

1.  Plaintiff's motion to proceed *in forma pauperis* (ECF No. 2) is DENIED.

2.  Within 28 days of this order, plaintiff shall pay the applicable filing fee. However, the
    court will entertain a request for a reasonable extension of time to pay the fee should
    such an extension be necessary.

3.  Failure to timely pay the filing fee, or timely request an extension of time to do so,
    may result in dismissal of the action pursuant to Federal Rule of Civil Procedure
    41(b).

IT IS SO ORDERED.

Dated: April 3, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2